UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA PERRY,

    Plaintiff,

v.

PERDUE FOODS INC.,

    Defendant.

Case No. 18-cv-02664-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On May 7, 2018, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Perry v. Perdue Foods LLC*, 17-cv-3502 JST.

**IT IS SO ORDERED.**

Dated: May 9, 2018

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA PERRY,

    Plaintiff,

v.

PERDUE FOODS INC.,

    Defendant.

Case No. 4:18-cv-02664-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Perry
1501 Alamo Drive, #12
Vacaville, CA 95687

Dated: May 9, 2018

        Susan Y. Soong
        Clerk, United States District Court

        By:_____
        Ivy Lerma Garcia, Deputy Clerk to the
        Honorable DONNA M. RYU