**HUNTER PYLE, SBN 191125**
**TANYA P. TAMBLING, SBN 262979**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California  94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
hunter@hunterpylelaw.com, ttambling@hunterpylelaw..com

Attorneys for Plaintiff
BARBARA PERRY

[*Additional Counsel on the Next Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br><br>      Plaintiff,<br><br>  vs.<br><br><br><br>PERDUE FOODS, LLC and COLEMAN NATURAL FOODS, LLC,<br><br>      Defendants. | CASE NO.:     3:17-cv-03502-JST<br>                 18-cv-02664-JST<br><br>Judge Jon S. Tigar<br>Courtroom 9 – 19th Floor<br><br>Mag. Judge Jacqueline Scott Corley<br>Courtroom F – 15th Floor<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY, EXPERT DISCLOSURES AND DISPOSITIVE MOTION DEADLINES**<br><br>**Complaint filed:  June 16, 2017**<br>**Trial date:       February 4, 2019** |

**ALEX G. TOVARIAN, SBN 264547**
LAW OFFICES OF ALEKSEY G. TOVARIAN
50 California Street, Ste. 3325
San Francisco, CA 94111
Telephone: (415) 984-9990
Facsimile:  (415) 520-5830
tovarianlaw@gmail.com

Attorneys for Plaintiff
BARBARA PERRY

**MICHAEL A. HOOD, SBN 71258**
**ERIN W. KENDRELLA, SBN 273504**
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Ste. 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
michael.hood@jacksonlewis.com, erin.kendrella@jacksonlewis.com

Attorneys for Defendant
PERDUE FOODS, LLC dba Coleman Natural Foods
(erroneously sued as Coleman Natural Foods, LLC)

Plaintiff BARBARA PERRY ("Plaintiff") and Defendant PERDUE FOODS, LLC dba Coleman Natural Foods (erroneously sued as Coleman Natural Foods, LLC) ("Defendant"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend the fact discovery deadline from July 6, 2018 to October 8, 2018, expert disclosure from July 27, 2018 to October 29, 2018, expert rebuttals from August 17, 2018 to November 9, 2018, and expert cut-off from August 31, 2018 to December 3, 2018, and the deadline to file dispositive motions from October 12, 2018 to December 17, 2018. Continuing these discovery and dispositive motion deadlines will not impact the current court dates: (1) case management conference on October 17, 2018, (2) pretrial conference on January 11, 2019, and (3) trial set for February 4, 2019. In support of this stipulation, the parties state as follows:

WHEREAS, this Court entered its initial Pretrial Scheduling Order ("Scheduling Order") on September 20, 2017 (Docket number 28);

WHEREAS, Plaintiff propounded set one written discovery on October 25, 2017 and Defendant responded on January 28, 2018;

WHEREAS Defendant conducted Plaintiff's deposition on January 16, 2018 and the deposition of Brenda Richardson on January 30, 2018;

WHEREAS Plaintiff conducted the following witness depositions: (1) Barbara Ridilla on January 10, 2018; (2) Barbara Davis on January 11, 2018; (3) Demetri Ware on March 14, 2018; (4) James Ware on March 14, 2018; and (5) Taney Elliott on March 28, 2018;

WHEREAS, Plaintiff propounded set two of written discovery on June 5, 2018, including the discovery of electronically stored information (ESI);

WHEREAS, Defendant propounded written discovery on June 6, 2018;

WHEREAS, the parties are meeting and conferring regarding the discovery and may want to conduct further discovery following depositions;

WHEREAS, Plaintiff noticed and took the deposition of Defendant's former Human Resources Manager, Barbara Ridilla, on January 10, 2018 via video because the deponent was in Paraguay, South America for several months;

WHEREAS, the parties encountered technical difficulties during the deposition of Ms. Ridilla and it had to be continued until a further date when Ms. Ridilla returned to the United States;

WHEREAS, Ms. Ridilla's second deposition is set for June 25, 2018, in Denver, Colorado, but needs to be continued to a time that is mutually convenient to all the parties as the deponent and Defendant's counsel are not available.  The parties are meeting and conferring regarding a new date;

WHEREAS, the Federal Rule of Civil Procedure Rule 30(b)(6) deposition of Defendant's Person Most Knowledgeable and Defendant's witness, Ryan Jacobson, are set for July 6, 2018, but this date needs to be continued to a date when all the parties are available as the deponents and Defendant's counsel are not available;

WHEREAS, the parties are meeting and conferring to set new dates for the depositions of Barbara Ridilla, Ryan Jacobson and Defendant's Person Most Knowledgeable;

WHEREAS, to date, the Parties have not requested an extension to conduct fact discovery;

WHEREAS, the Parties agree that the current Scheduling Order does not allow the Parties sufficient time to complete the FRCP 30(b)(6) depositions and witness depositions by July 6, 2018 due to client and attorney unavailability, and the Parties

anticipate the need for additional discovery following the depositions that is reasonably necessary for filing dispositive motions and preparing for trial;

WHEREAS, based on the progress of this case, an extension of the deadlines for completing fact discovery, disclosing expert witnesses, and filing dispositive motions will allow the Parties to engage in meaningful discovery and to adequately prepare to file dispositive motions and prepare for trial;

WHEREAS, the proposed extension of the deadlines for completing fact discovery and disclosing expert witnesses will not delay or prejudice the timely resolution of this case;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

WHEREAS, no extension of time has been previously sought by the Parties, and the requested extension will not affect the trial date in this case.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court permitting the following new deadlines, with all other dates set forth in the Scheduling Order (Dkt. No. 28) remaining unchanged:

| Event | Date |
|---|---|
| Fact discovery cut-off | October 8,2018 |
| Expert disclosures | October 29, 2018 |
| Expert rebuttal | November 9, 2018 |
| Expert discovery cut-off | December 3, 2018 |
| Deadline to file dispositive motions | December 17, 2018 |

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3    DATED:   June 12, 2018                /s/ Tanya Tambling

4                                          Attorney for Plaintiff

5

6

7    DATED:   June 12, 2018                /s/ Erin W. Kendrella

8                                          Attorney for Defendant

9

10

11

12  IT IS SO ORDERED.

13

14  Dated:   June 14, 2018               _____

15                                       Hon. Jon S. Tigar

16                                       United States District Judge

17

18      IT IS FURTHER ORDERED that, to accommodate the parties' stipulated dates, the trial is

19  continued to April 8, 2019; the pretrial conference is continued to March 15, 2019; and the
     pretrial conference statement deadline is continued to March 8, 2019.

20

21

22

23

24

25