1  **HUNTER PYLE, SBN 191125**
   **TANYA P. TAMBLING, SBN 262979**
2  HUNTER PYLE LAW
   428 Thirteenth Street, 11th Floor
3  Oakland, California 94612
   Telephone: (510) 444-4400
4  Facsimile: (510) 444-4410
   hunter@hunterpylelaw.com, ttambling@hunterpylelaw.com
5
   **ALEX G. TOVARIAN, SBN 264547**
6  LAW OFFICES OF ALEKSEY G. TOVARIAN
   50 California Street, Ste. 3325
7  San Francisco, CA 94111
   Telephone: (415) 984-9990
8  Facsimile: (415) 520-5830
   tovarianlaw@gmail.com
9
   Attorneys for Plaintiff
10 BARBARA PERRY

11 **MICHAEL HOOD, SBN 71258**
   **ERIN W. KENDRELLA, SBN 273504**
12 JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
13 Irvine, CA 92618
   Telephone: (949) 885-1360
14 Facsimile: (949) 885-1380
   michael.hood@jacksonlewis.com; erin.kendrella@jacksonlewis.com
15
   Attorneys for Defendant
16 PERDUE FOODS, LLC DBA COLEMAN NATURAL FOODS
   (erroneously sued as Coleman Natural Foods, LLC)
17

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br><br>    Plaintiff,<br><br>  vs.<br><br>PERDUE FOODS, LLC, and COLEMAN NATURAL FOODS, LLC,<br><br>    Defendants. | Case No.: 3:17-cv-03502-JST<br><br>**JOINT STIPULATION FOR DEFENDANT'S TELEPHONIC APPEARANCE AT OCTOBER 17, 2018 CASE MANAGEMENT CONFERENCE**<br><br>**Complaint filed: June 16, 2017**<br>**Trial Date:       June 10, 2019**<br>**Judge:            Honorable Jon S. Tigar** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Honorable Judge Tigar's Standing Orders, Plaintiff Barbara Perry ("Plaintiff") and Defendant Perdue Foods LLC ("Defendant") (collectively, the "Parties"), stipulate and seek leave for defense counsel to appear telephonically at the October 17, 2018 Case Management Conference as follows:

1. Counsel for Defendant is located in Orange County, California.

2. Counsel for Defendant has appeared in person for all prior Case Management Conferences and Settlement Conferences. This is the first request to appear telephonically.

3. Lead trial counsel for Defendant, Mike Hood, is on vacation for two weeks with his family in Spain and in unavailable to attend the Case Management Conference in person. He returns on October 22, 2018. Further, he is unavailable to appear telephonically and, thus, Defendant's respectfully request that the handling associate, Erin Kendrella, be permitted to appear telephonically on behalf of Defendant. Ms. Kendrella is well versed in this matter and will be able to answer any factual and scheduling questions.

4. Pursuant to the Court's Standing Orders, Counsel showing good cause may file a stipulation for telephone appearance at least seven calendar days prior to the Case Management Conference. Good cause exists as lead trial counsel is traveling internationally and is unavailable, but Ms. Kendrella will be able to discuss the case and answer any questions.

5. There are currently no motions on calendar and trial was recently continued to June 10, 2019.

/ / /

6. Counsel for the Parties conferred on October 9 and 10, 2018, and have agreed and stipulated that Ms. Kendrella can appear at the Case Management Conference telephonically.

Respectfully submitted,

By: */s/ Tanya Tambling*
Tanya Tambling

Attorneys for Plaintiff
BARBARA PERRY

By: */s/ Erin W. Kendrella*
Michael A. Hood
Erin W. Kendrella

Attorneys for Defendant
PERDUE FOODS, LLC dba Coleman Natural Foods (erroneously named as Coleman Natural Foods, LLC)

IT IS SO ORDERED.

Dated: October 11, 2018

_____
Hon. Jon S. Tigar
United States District Judge

4842-4650-9176, v. 1