**HUNTER PYLE, SBN 191125**
**TANYA P. TAMBLING, SBN 262979**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
hunter@hunterpylelaw.com, ttambling@hunterpylelaw..com

Attorneys for Plaintiff
BARBARA PERRY

[*Additional Counsel on the Next Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br><br>Plaintiff,<br><br>vs.<br><br><br>PERDUE FOODS, LLC and COLEMAN NATURAL FOODS, LLC,<br><br>Defendants. | CASE NO.:  3:17-cv-03502-JST<br>18-cv-02664-JST<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT THE DEPOSITION OF RYAN JACOBSON AFTER THE DISCOVERY CUT-OFF**<br><br>**Complaint filed:  June 16, 2017**<br>**Trial date:        June 10, 2019** |

**ALEX G. TOVARIAN, SBN 264547**
LAW OFFICES OF ALEKSEY G. TOVARIAN
50 California Street, Ste. 3325
San Francisco, CA 94111
Telephone: (415) 984-9990
Facsimile:  (415) 520-5830
tovarianlaw@gmail.com

Attorneys for Plaintiff
BARBARA PERRY


**MICHAEL A. HOOD, SBN 71258**
**ERIN W. KENDRELLA, SBN 273504**
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Ste. 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
michael.hood@jacksonlewis.com, erin.kendrella@jacksonlewis.com

Attorneys for Defendant
PERDUE FOODS LLC dba Coleman Natural Foods
(erroneously sued as Coleman Natural Foods, LLC)

1    Plaintiff BARBARA PERRY ("Plaintiff") and Defendant PERDUE FOODS LLC

2    dba Coleman Natural Foods (erroneously sued as Coleman Natural Foods, LLC)

3    ("Defendant"), by and through their counsel of record, hereby jointly stipulate that the

4    deposition of Ryan Jacobson may be conducted after the December 14, 2018, discovery

5    cut-off, due to his unavailability.

6    On October 25, 2018, defense counsel spoke with Ryan Jacobson about the

7    possibility of his deposition. At this time, Mr. Jacobson informed defense counsel that he

8    currently resides in Portland, Oregon. Mr. Jacobson further informed defense counsel

9    that he would make himself available for his deposition the week of December 10, 2018.

10   Therefore, the Parties agreed and stipulated to conducting his deposition on December

11   12, 2018. (See Docket Number 48: Joint Stipulation and Order for Deposition Schedule

12   and 30(b)(6) Topics.)

13   However, on November 9, 2018, defense counsel spoke again with Mr. Jacobson

14   and he explained that he was not available for his deposition the week of December 10,

15   2018, because of a family obligation. Furthermore, Mr. Jacobson conveyed that it would

16   be very difficult to schedule time for his deposition anytime between now and December

17   14, 2018, because he has previously scheduled work trips to Ohio and Los Angeles, along

18   with the Thanksgiving holiday during this time. Therefore, Mr. Jacobson requested for

19   his deposition to be conducted after January 1, 2019, on a mutually agreeable date for

20   him and the Parties.

21   As Mr. Jacobson is unavailable prior to the December 14, 2018, discovery cut-off,

22   the Parties agree and stipulate that Mr. Jacobson's deposition may be conducted after

23   December 14, 2018. The parties further agree that Mr. Jacobson's deposition subpoena

24   may be served on defense counsel by email.

25   Dated: November 13, 2018

IT IS SO ORDERED

Judge Jon S. Tigar

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

4    DATED:   November 13, 2018          /s/ _____

5                                        Tanya Tambling
                                         Attorney for Plaintiff
6

7    DATED:   November 13, 2018          /s/ _____

8                                        Erin Kendrella
                                         Attorney for Defendant
9
     IT IS SO ORDERED.
10

11

12   Dated:                              _____

13                                        Hon. Jon S. Tigar

14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25