1  MICHAEL A. HOOD, SBN 71258
   ERIN W. KENDRELLA, SBN 273504
2  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Ste. 500
3  Irvine, CA 92618
   Telephone: (949) 885-1360
4  Facsimile: (949) 885-1380
   michael.hood@jacksonlewis.com, erin.kendrella@jacksonlewis.com

Attorneys for Defendant
PERDUE FOODS LLC dba Coleman Natural Foods
(erroneously sued as Coleman Natural Foods, LLC)

[Additional Counsel on the Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PERDUE FOODS, LLC and COLEMAN NATURAL FOODS, LLC,<br><br>　　　　　　Defendants. | CASE NO.:　3:17-cv-03502-JST<br>　　　　　　　18-cv-02664-JST<br><br>Judge Jon S. Tigar<br>Courtroom 9 – 19th Floor<br><br>Mag. Judge Jacqueline Scott Corley<br>Courtroom F – 15th Floor<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>Complaint Filed:　June 15, 2017<br>Trial Date:　　　June 10, 2019 |

**HUNTER PYLE, SBN 191125**
**TANYA P. TAMBLING, SBN 262979**
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
hunter@hunterpylelaw.com, ttambling@hunterpylelaw..com

Attorneys for Plaintiff
BARBARA PERRY

**ALEX G. TOVARIAN, SBN 264547**
LAW OFFICES OF ALEKSEY G. TOVARIAN
50 California Street, Ste. 3325
San Francisco, CA 94111
Telephone: (415) 984-9990
Facsimile: (415) 520-5830
tovarianlaw@gmail.com

Attorneys for Plaintiff
BARBARA PERRY

## JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES

Plaintiff BARBARA PERRY ("Plaintiff") and Defendant PERDUE FOODS LLC dba Coleman Natural Foods (erroneously sued as Coleman Natural Foods, LLC) ("Defendant"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend expert deadlines by approximately one (1) month as follows: (1) expert disclosure from January 4, 2019 to February 8, 2019; expert rebuttals from January 25, 2019 to February 22, 2019; and expert discovery cut-off from February 22, 2019 to March 22, 2019. In support of this stipulation, the parties state as follows:

WHEREAS, this Court entered its initial Pretrial Scheduling Order ("Scheduling Order") on September 20, 2017 (Docket number 28);

WHEREAS, Plaintiff and Defendant entered into a first stipulation to continue discovery, expert disclosure and dispositive motion deadlines on June 12, 2018 (Docket number 36);

///

WHEREAS, the Court granted and ordered the joint stipulation filed on June 12, 2018, and further ordered a continuance of the trial date to April 8, 2019 on June 14, 2018 (Docket number 37);

WHEREAS, Plaintiff and Defendant entered into a second stipulation to continue discovery, expert disclosures, dispositive motion deadlines, and a first request to continue trial to June 10, 2019 on August 22, 2018 (Docket number 38);

WHEREAS, the Court granted and ordered the joint stipulation to continue discovery, expert disclosures, dispositive motion deadlines, and continue trial to June 10, 2019 on August 27, 2018 (Docket number 39);

WHEREAS, the Parties have continued to engage in written discovery and depositions. Specifically, Defendant provided the following written discovery:

- Responses to Special Interrogatories, Set 2, Requests for Admissions, Set 2, and Requests for Production of Documents, Set 3 on August 31, 2018;
- Supplemental responses to Requests for Production of Documents, Set 2 on September 25, 2018;
- Supplemental responses to Special Interrogatories, Set 2, Requests for Production of Documents, Set 1 and Set 3, and Requests for Admissions, Set 1 on November 1, 2018; and
- Responses to Special Interrogatories, Set 3 and Requests for Production of Documents, Set 4 on December 11, 2018;

WHEREAS, Plaintiff produced supplemental documents, including Plaintiff's medical records, on November 27, 2018 and December 10, 2018. Plaintiff also conducted the following depositions:

- Barbara Ridilla, Defendant's former Human Resources Manager, on September 6, 2018;
- Shelia McCormick, Plaintiff's former coworker, on November 20, 2018;
- Dr. Kate McCaffrey on November 30, 2018;
- Defendant's person most knowledgeable on December 13, 2018; and

- Gary Miller, Defendant's Human Resources Director, on December 13, 2018;

WHEREAS the Parties completed fact discovery by the deadline of December 14, 2018;

WHEREAS, the Parties mediated this matter with Fred Butler, Esq. on December 19, 2018. The case did not resolve;

WHEREAS while the Parties were actively engaged in completing fact discovery to meet the cut-off and prepare for the December 19, 2018 mediation, the Parties deferred expert costs to attempt resolution. As mediation was unsuccessful, the Parties now desire to complete expert discovery and request a continuance of the current expert discovery deadlines by approximately one (1) month to provide sufficient time to complete expert discovery;

WHEREAS, based on the progress of this case, an extension of the deadlines for expert discovery will allow the parties to appropriately prepare for trial;

WHEREAS, the proposed extension of the deadlines for completing expert discovery will not delay or prejudice the timely resolution of this case;

WHEREAS, the Parties are requesting a brief one (1) month continuance for expert disclosures, expert rebuttals, and the expert discovery cut-off; and

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court permitting the following new expert discovery deadlines:

| Event | Date |
| --- | --- |
| Expert disclosures | February 8, 2019 |
| Expert rebuttal | February 22, 2019 |
| Expert discovery cut-off | March 22, 2019 |

WHEREAS, all other currently scheduled dates, including the June 10, 2019 trial date, will remain as currently scheduled.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:   December 21. 2018      /s/ Tanya Tambling
                                Attorney for Plaintiff

DATED:   December 21. 2018      /s/ Erin W. Kendrella
                                Attorney for Defendant

IT IS SO ORDERED.

Dated:  December 21, 2018

Hon. Jon S. Tigar
United States District Judge