Michael A. Hood (SBN 71258)
Erin W. Kendrella (SBN 273504)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: michael.hood@jacksonlewis.com
      erin.kendrella@jacksonlewis.com

Attorneys for Defendant
PERDUE FOODS LLC

[*Additional Counsel on the Next Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>PERDUE FOODS, LLC and COLEMAN NATURAL FOODS, LLC,<br><br>        Defendants. | CASE NO.: 3:17-cv-03502-JST<br>~~18-cv-02664-JST~~<br><br>Judge Jon S. Tigar<br>Courtroom 9 – 19th Floor<br><br>Mag. Judge Jacqueline Scott Corley<br>Courtroom F – 15th Floor<br><br>**JOINT STIPULATION FOR BIFURCATION OF TRIAL WITH RESPECT TO PUNITIVE DAMAGES**<br><br>Complaint Filed: June 15, 2017<br>Trial Date: June 10, 2019 |

Hunter Pyle, SBN 191125
Tanya P. Tambling, SBN 262979
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Email: hunter@hunterpylelaw.com,
    ttambling@hunterpylelaw..com

Alex G. Tovarian, SBN 264547
LAW OFFICES OF ALEKSEY G. TOVARIAN
50 California Street, Ste. 3325
San Francisco, CA 94111
Telephone: (415) 984-9990
Facsimile: (415) 520-5830
Email: tovarianlaw@gmail.com

Attorneys for Plaintiff
BARBARA PERRY

# JOINT STIPULATION FOR BIFURCATION OF TRIAL WITH RESPECT TO PUNITIVE DAMAGES

It is hereby stipulated and agreed, by and between Defendant PERDUE FOODS LLC ("Defendant") and Plaintiff BARBARA PERRY ("Plaintiff") (collectively the "Parties"), that the Parties jointly stipulate to bifurcating the trial of this matter such that punitive damages are tried separately, and, if liability is established, evidence of Defendant's finances and net worth are outlined in the Declaration of Richard Morin, Vice President and Controller for Perdue Farms Inc., in lieu of Defendant producing confidential and proprietary business records as follows:

1. Defendant is a privately held company and produces and distributes organic chicken, turkey, and pork products. Defendant is based in Salisbury, Maryland and operates as a subsidiary of Perdue Farms Inc.

2. Defendant purchased Coleman Natural Foods in 2015 and continues to do business as Coleman Natural Foods.

/ / /

3. Plaintiff prays for punitive damages in her Complaint. The Parties agree and stipulate to bifurcating the trial of this matter such that the amount of punitive damages is tried separately, if and only if the court or jury determines that the conditions for an award of punitive damages are satisfied.

4. Grounds for bifurcating the trial are that admission of evidence of Defendant's profits, net worth, financial status or wealth during the liability phase of trial would be unfairly prejudicial to Defendant.

5. During the liability phase of the trial, no evidence of Defendant's financial condition and net worth shall be admissible. Attorneys for the Parties agree they shall not interrogate any witnesses regarding or otherwise introduce any evidence at trial of Defendant's financial condition or net worth, or the magnitude of Defendant's operations for the liability phase of trial only.

6. If liability is established for punitive damages, the evidence contained in this stipulation and the Declaration of Richard Morin, may be used as evidence of Defendant's financial condition and net worth to support for Plaintiff's claim for an amount of punitive damages.

7. The Parties agree that this Joint Stipulation does not limit or waive Defendant from opposing and defending against Plaintiff's claim for punitive damages.

8. The Parties agree that the Joint Stipulation does not admit liability for either Party.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

HUNTER PYLE LAW
LAW OFFICES OF ALEKSEY G. TOVARIAN

DATED: January 18, 2019   BY:   /s/ Tanya P. Tambling
    Hunter Pyle, Esq.
    Tanya P. Tambling, Esq.
    Alex G. Tovarian, Esq.

Attorneys for Plaintiff
BARBARA PERRY

Dated: January 22, 2019



3:17-cv-02502-JSC
18-cv-02664-JSC

3

JOINT STIPULATION FOR BIFURCATION OF TRIAL WITH RESPECT TO PUNITIVE DAMAGES

JACKSON LEWIS P.C.

DATED: January 18, 2019    By:   /s/ Erin W. Kendrella
                                  Michael A. Hood, Esq.
                                  Erin W. Kendrella, Esq.

                                  Attorneys for Defendant
                                  PERDUE FOODS LLC dba Coleman
                                  Natural Foods (erroneously named a
                                  Coleman Natural Foods, LLC)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____   _____
                                  Hon. Jon S. Tigar
                                  United States District Judge