UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PERRY,<br>　　　　Plaintiff,<br>　　v.<br>PERDUE FOODS LLC, et al.,<br>　　　　Defendants. | Case No. 17-cv-03502-JST (JCS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 62 |

On February 5, 2019, Hunter Pyle Law and Law Offices of Aleksey G. Tovarian brought a Motion to Withdraw as Plaintiff's Counsel of Record ("Motion to Withdraw"), which was referred to the undersigned for a decision. *See* Docket Nos. 65, 67. The Court held hearings on the Motion to Withdraw on March 29, 2019 and on April 12, 2019; a portion of both hearings was sealed and was conducted ex parte with Plaintiff's counsel. The Court has also considered the written briefs of the parties, including the opposition brief filed by Plaintiff Barbara Perry. *See* Docket No.86. The Court finds that there has been an irreconcilable breakdown in the attorney-client relationship and that the client's conduct has rendered it "unreasonably difficult for [counsel] to carry out the representation effectively." *See* Rule 1.16 of the Rules of Professional Conduct of the State Bar of California. Accordingly, the Motion to Withdraw is GRANTED conditional on the requirement that papers shall continue to be served on counsel for forwarding purposes, unless and until Plaintiff appears by other counsel or pro se, pursuant to Civil Local Rule 11-5(b). Counsel shall notify Plaintiff of this condition, as is required under the Local Rule.

**IT IS SO ORDERED.**

Dated: April 12, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge